NUMBER 13-05-625-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

_
_________________________________________________________________

 

LARRY GREEN,                                                                                Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

__
________________________________________________________________

 

                             On appeal from the 347th District Court

                                        of Nueces County, Texas.

___
_______________________________________________________________

 

                               MEMORANDUM
OPINION

                                                              

                     Before Justices
Hinojosa, Yañez, and Rodriguez

                                 Memorandum
Opinion Per Curiam

 

Appellant, LARRY GREEN, attempts to appeal a conviction for possession
or promotion of child pornography. 
The trial court has certified that this Ais a
plea-bargain case, and the defendant has NO right of appeal.@  See Tex. R. App. P. 25.2(a)(2).








On October
10, 2005, this Court notified appellant=s
counsel of the trial court=s certification and ordered counsel to: (1) review
the record; (2) determine whether appellant has a right to appeal; and (3)
forward to this Court, by letter, counsel=s
findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.

On October
13, 2005, counsel filed a letter brief with this Court.  Counsel=s response does not establish (1) that the certification
currently on file with this Court is incorrect or (2) that appellant otherwise
has a right to appeal.  

The Texas Rules
of Appellate Procedure provide that an appeal must be dismissed if the trial
court=s certification does not show that the defendant has
the right of appeal.  Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. 
Any pending motions are denied as moot.

 

PER CURIAM

 

Do not publish. 


Tex. R. App. P. 47.2(b).

 

Memorandum Opinion delivered and filed 

this the 27th day of October, 2005.